TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00112-CV

Robert Rauschenberg and Darryl Pottorf, Appellants

v.

Austin Art Consortium, Inc. and Alfred Kren, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 97-04149, HONORABLE STANTON PEMBERTON, JUDGE PRESIDING 

PER CURIAM

 The parties have notified this Court that they have settled the disputes underlying
this appeal and move this Court to vacate the trial-court judgment and dismiss the cause. The
parties have further moved that this Court tax all costs against the party incurring same. We grant
the motion, vacate the trial-court judgment, and dismiss the cause. See Tex. R. App. P.
42.1(a)(1), 43.2(e).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Cause Dismissed on Joint Motion

Filed: April 9, 1998

Do Not Publish